# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3234
_____

JAY A. MYERS,

Petitioner,

v.

FCOR,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

August 26, 2025

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jay A. Myers, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Deputy General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.